In the Matter of Patricia " O "* Appellant, v. Tracy " P "*, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.